382 A.2d 755

Commonwealth v. Sedden, Appellant.

Submitted December 6, 1976. Charlotte A. Nichols, for appellant; Vincent M. Lorusso, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.